**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Agro Santino OOD | |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☑ Other 114673310. Describe identifier Bulgarian company number<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | Yordanka Ivanova Panchovska | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Bankr. Proceedings of Agro Santino OOD, Stara Zagora District Court, Bulgaria | |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Certified copy of decision opening proceedings & POA appointing foreign representative. | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes | |

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 1

| Debtor | Agro Santino OOD | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Bulgaria

Debtor's registered office:

Ul. Tsar Shishman 85b, Office 4
Number    Street

P.O. Box

Stara Zagora                                6000
City         State/Province/Region    ZIP/Postal Code

Bulgaria
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City         State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

3B Tsar Shishman St.
Number    Street

P.O. Box

Sofia                                        1000
City         State/Province/Region    ZIP/Postal Code

Bulgaria
Country

**10. Debtor's website (URL)**

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify: Bulgarian limited liability company

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor  Agro Santino OOD
        Name

Case number (if known) _____

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____[signature]_____          Yordanka Ivanova Panchovska
Signature of foreign representative       Printed name

Executed on  06/14/2022
             MM / DD / YYYY

X _____          _____
Signature of foreign representative       Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____[signature]_____          Date  06/14/2022
Signature of Attorney for foreign representative    MM / DD / YYYY

Peter Fox
Printed name
Scoolidge, Peters Russotti & Fox LLP
Firm name
2 Park Avenue, 20th Floor
Number    Street
New York                          NY       10016
City                              State    ZIP Code

(212) 729-7709                    pfox@sprfllp.com
Contact phone                     Email address

4832606                           NY
Bar number                        State