# EXHIBIT B

Peter Fox, Esq.
SCOOLIDGE PETERS RUSSOTTI & FOX LLP
2 Park Avenue, 20th Fl.
New York, New York 10016
Telephone: 212-729-7708

*Attorneys for the Foreign Representative
of Agro Santino OOD*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Agro Santino, OOD<br><br>Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. ___ |

**Notice List**

| Notice Party Name | Notice Party Address |
|---|---|
| Office of the United States Trustee for the Southern District of New York | 201 Varick Street, Suite 1006<br>New York, NY 10014 |
| DLA Piper LLP,<br>*U.S. counsel to StoneX Markets LLC* | 1251 Avenue of the Americas<br>New York, New York<br>10020-1104<br>Attn: Jeffrey Rotenberg,<br>jeffrey.rotenberg@dlapiper.com |
| Markova & Panchovska Law Office,<br>*Bulgarian counsel to the Debtor* | 3B Tsar Shishman Street,<br>Sofia1000, Bulgaria<br>Attn: Yordanka Panchovska,<br>panchovska@mplegis.com |
| Vladimir Tsenov Chernev<br>*Bulgarian counsel to the Debtor* | 10 Lukashov St., Office 502<br>Vratsa 3000, Bulgaria |

| Scoolidge Peters Russotti & Fox LLP, *U.S. counsel to the Debtor and counsel to the Foreign Representative* | 2 Park Avenue, 20th Fl. New York, New York 10016 Attn: Peter Fox, pfox@sprfllp.com |
|---|---|
| Elka Nedelcheva Petrova *Trustee of the Debtor* | 119 Hadji Dimitar Asenov Street, Office 6 Stara Zagora 6000, Bulgaria |