# EXHIBIT F


TRANSLATION OFFICE
REZON
"ЦЕНТЪР ЗА ПРЕВОДИ - РЕЗОН" ЕООД

12, Alabin Str., 1000 Sofia, Bulgaria, tel. 02/980 28 51, tel./fax 02/981 89 09, GSM 0886 047 515, e-mail: alabin@bulinfo.net, www.Prevodi.Rezon.bg

*Translation from Buglarian*

**TO**
**DISTRICT COURT – STARA ZAGORA**
under Commercial Case No.20215500901241/2021

**COPY TO**
**Trustee in bankruptcy of "Agro Santino" OOD – Attorney Elka Nedelcheva Petrova**

**FROM**
**"AGRO SANTINO" OOD, uniform identification code 114673310**, with corporate seat and registered address at Stara Zagora, post code 6000, 85B Tsar Ivan Shishman Street, apt. office № 4, represented by its manager Elena Sivova Chaparova-Dikova

**HONOURABLE DISTRICT JUDGE,**

Agro Santino OOD, EIK 114673310 ("Agro Santino") is currently a defendant and counterclaimant in respect of litigation with StoneX Markets, LLC, a company registered in the United States, State of Iowa under file № 489 DLC-222524 ("StoneX"), under court case 20-CV-2658 (JMF) in the United States Federal District Court, Southern District of New York ("New York Case"). That case has not yet been decided by the New York court. StoneX has also submitted the exact same claim to this court in the following case: Stara Zagora District Court commercial case No.20215500901241/2021 ("Stara Zagora Case").

Agro Santino is in the process of applying to the Federal Bankruptcy Court for the Southern District of New York for recognition of the bankruptcy proceedings in this court under the Stara Zagora Case pursuant to Chapter 15 of the US Bankruptcy Code. Recognition would indefiniately stay StoneX's claim in the New York Case in a process that is very similar to recognition of foreign bankruptcy proceedings by Bulgarian courts under Art. 757 of the Bulgarian Commercial Code. Both the American law and Bulgarian law are based on the Model Law on Cross-Border Insolvency of the United Nations Commission on International Trade Law. The practical result of recognition of the Stara

1

Zagora Case would be that this Court (Stara Zagora District Court) would be the exclusive forum to adjudicate the merits of the StoneX's claim and Agro's counterclaim.

For avoidance of doubt, Agro Santino hereby notifies the Court, the trustee in bankruptcy and all interested parties that Agro Santino irrevocably consents to the jurisdiction of the Stara Zagora District Court to hear and adjudicate on the merits any and all claims and counterclaims relating to Agro Santino in any jurisdiction, including the New York Case and any others without exception.

                **Yours truly**   *illegible signature*
                /Elena Sivova Chaparova-Dikova /
                Manager
                Date:    06 June 2022

---

*I, the undersigned, Anton Aleksandrov Aleksandrov hereby certify the veracity of the translation done by me from Bulgarian into English of the document attached herein – Notification letter. The translation consists of 2 (two) pages.*

*Translator: /Anton Aleksandrov Aleksandrov/*

2

ДО
ОКРЪЖЕН СЪД – СТАРА ЗАГОРА
по т.д. № 20215500901241/2021 г.

КОПИЕ ДО
Синдик на „Агро Сантино" ООД   Адв. Елка Неделчева Петрова

ОТ
„АГРО САНТИНО" ООД/ЕИК 114673310, със седалище и адрес на управление гр. Стара Загора, п.к. 6000, ул. „Цар Иван Шишман" № 85Б, ап. офис № 4, представлявано от управителя Елена Сивова Чапарова - Дикова

УВАЖАЕМИ ОКРЪЖЕН СЪДИЯ,

„Агро Сантино" ООД, ЕИК 114673310 („Агро Сантино") понастоящем е ответник и ищец по насрещен иск във връзка със съдебно дело със „СтоунХ Маркетс, ЛЛС", дружество, регистрирано в САЩ, щата Айова с № 489 DLC-222524 („СтоунХ"), по дело 20-CV-2658 (JMF) на федералния окръжен съд на Съединените американски щати, Южен Окръг на Ню Йорк („Дело в Ню Йорк"). Това дело все още не е решено от Съда на Ню Йорк. Освен това СтоунХ е завело абсолюно същия иск в този съд по това дело: Окръжен съд – Стара Загора по т.д. № 20215500901241/2021г („Дело в Стара Загора").

Агро Сантино е в процес на подаване на заявление пред федералния съд по несъстоятелността на Съединените американски щати, Южен Окръг на Ню Йорк за признаване на производството по несъстоятелност в този съд по Делото в Стара Загора съгласно глава 15 от Кодекса за несъстятелност на САЩ (Chapter 15 of the US Bankruptcy Code). Признаването би спряло за неопределен срок иска на СтоухХ по Делото в Ню Йорк по процес, който е много подобен на признаването на чуждестранно производство по несъстоятелност от българските съдилища съгласно чл. 757 от българския Търговски кодекс. И американското и българското право са основани на Модела за закон за трансгранична несъстотелност на Комисията на ООН по международно търговско право. Практическият резултат от признаването на Делото в Стара Загора би бил, че този Съд (Окръжен съд – Стара Загора) ще бъде съдът с изключителна компетентност да се произнесе по същество по иска на СтоунХ и насрещния иск на Агро Сантино.

За избягване на съмнение, Агро Сантино с настоящото уведомява Съда, синдика и всички заинтересувани лица, че Агро Сантино неотменимо се съгласява с юрисдикцията на Окръжен Съд – Стара Загора да разгледа и реши по същество който и да е и всички искове и всякаки насрещни искове, свързани с Агро Сантино в която и да е юрисдикция, включително Делото в Ню Йорк и всякакви други, без изключение.

С уважение _____
/Елена Сивова Чапарова-Дикова/
Управител
Дата:    06.06.2022

1