# AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania
County of Lehigh

I, the undersigned, being duly sworn, hereby affirm that:

1. My name is Sierra O'Donnell;

2. I am over 18 years of age, am not a party to this action, and am employed as a paralegal by Scoolidge Peters Russotti & Fox, LLP located at 2 Park Avenue - 20th Floor, New York, NY 10016;

5. I am not related to the parties in this action by way of blood, adoption, marriage, or employment.

6. On June 22, 2022, I served copies of:
   - Notice of Filing and Hearing on Verified Petition Under Chapter 15 of the United States Bankruptcy Code and Notice Pursuant to Fed. R. Bankr. P. 9017 and Fed R. CIV. P. 44.1
   - Chapter 15 Petition for Recognition of a Foreign Proceeding
   - Statement of Foreign Representative in Support of Chapter 15 Petition for Recognition of Foreign Proceeding
   - Verified Petition for Recognition of the Bulgarian Bankruptcy Proceeding and Motion for Order Granting Relief Pursuant to 11 U.S.C. §§ 105(a), 1509(b), 1515, 1517 AND 1520(a), along with the exhibits referenced therein [Docket No. 2-1, 2-2]
   - Declaration of Yordanka Ivanova Panchovska in Support of Motion for Provisional Relief Pending Recognition of a Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1519, 105(a) and 362, Verified Petition Under Chapter 15 for an Order Granting Recognition of the Bulgarian Bankruptcy Proceeding and Motion for Order Granting Relief Pursuant to 11 U.S.C. §§ 105(a), 1509(b), 1515, 1517, and 1520(a) and Related Procedural Motions, along with the exhibits referenced therein [Docket No. 3-1, 3-2, 3-3, 3-4, 3-5, 3-6]
   - Rule 1007(a)(4) Lists and Statements [Docket No. 5]

upon DLA Piper LLP, as counsel to StoneX Markets LLC at the attention of Jeffrey Rotenberg, Esq., located at 1251 Avenue of the Americas, New York, County of New York, NY 10020.

7. I completed service by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope at a postal office or official depository under the exclusive care and custody of the United States Postal Service.

_____
Signature

Sierra O'Donnell

Printed Name  SIERRA O'DONNELL

## NOTARY ACKNOWLEDGMENT

Commonwealth of Pennsylvania            )
                                        )  (Seal)
County of Lehigh County                 )

The foregoing instrument was acknowledged before me this 28th day of June, 20 22, by the undersigned, Sierra O'Donnell, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_Sierra O'Donnell_
Signature


Commonwealth of Pennsylvania - Notary Seal
SIERRA AMBER O'DONNELL, Notary Public
Lehigh County
Commission Expires April 2, 2025

Notary Public

My Commission Expires: 4/2/2025