Peter Fox, Esq.
SCOOLIDGE PETERS RUSSOTTI & FOX LLP
2 Park Avenue, 20th Fl.
New York, New York 10016
Telephone: 212-729-7708

*Attorneys for the Foreign Representative
of Agro Santino OOD*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Agro Santino OOD,<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10756 (JLG) |

## DECLARATION OF SERVICE

CHRISTIAN SCHROBSDORFF declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York.

2. On June 20, 2022, I served copies of:

   - Notice of Filing and Hearing on Verified Petition Under Chapter 15 of the United States Bankruptcy Code and Notice Pursuant to Fed. R. Bankr. P. 9017 and Fed R. CIV. P. 44.1

   - Chapter 15 Petition for Recognition of a Foreign Proceeding

   - Statement of Foreign Representative in Support of Chapter 15 Petition for Recognition of Foreign Proceeding

   - Rule 1007(a)(4) Lists and Statements

   - Verified Petition for Recognition of the Bulgarian Bankruptcy Proceeding and Motion for Order Granting Relief Pursuant to 11 U.S.C. §§ 105(a), 1509(b), 1515,

1517 AND 1520(a), along with the exhibits referenced therein [Docket Nos. 2-1, 2-2] with exhibit copy of the Bulgarian Commercial Code redacted

- Declaration of Yordanka Ivanova Panchovska in Support of Motion for Provisional Relief Pending Recognition of a Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1519, 105(a) and 362, Verified Petition Under Chapter 15 for an Order Granting Recognition of the Bulgarian Bankruptcy Proceeding and Motion for Order Granting Relief Pursuant to 11 U.S.C. §§ 105(a), 1509(b), 1515, 1517, and 1520(a) and Related Procedural Motions, along with the exhibits referenced therein [Docket Nos. 3-1, 3-2, 3-3, 3-4, 3-5, 3-6

via Bulgarian postal service to: (1) attorney Vladimir Chernev at 10 Lukashov Street, Office 502, Vratsa 3000, Bulgaria, as a representative of the Debor; (2) attorney Yordanka I. Panchovska at Markova & Panchovska Law Office, 38 Tsar Shishman Street, Sofia 1000, Bulgaria, as a representative of the Debtor; and to the Debtor in this case, and (3) Elka Nedelcheva Petrova at 119 Hadji Dimitar Asenov Street, Fl. 3, Office 6, Stara Zagora 6000, Bulgaria, on her own behalf as trustee of the Debtor.

Dated: July 5, 2022
      Sofia, Bulgaria

                                           /s/ *Christian Schrobsdorff*
                                           Christian Schrobsdorff