# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Agro Santino OOD and Yordanka Ivanova Panchovska | CASE NO.: 22–10756–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 00–0000000 | CHAPTER: 15 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the Recognition hearing scheduled for 8/4/2022 has been adjourned to 8/11/2022 at 5:00 p.m.(ET).

Dated: August 2, 2022              Vito Genna
                                   Clerk of the Court