**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Agro Santino OOD and Yordanka Ivanova Panchovska | CASE NO.: 22–10756–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 00–0000000 | CHAPTER: 15 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the Matter being heard on January 24, 2023 has been adjourned to February 14, 2023 at 10:00 a.m. (ET).

Dated: January 17, 2023                              Vito Genna
                                                     Clerk of the Court