**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Agro Santino OOD and Yordanka Ivanova Panchovska | CASE NO.: 22–10756–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 00–0000000 | CHAPTER: 15 |

---

## NOTICE TO ALL INTERESTED PARTIES

Please be advised that the following matter scheduled for 5/23/2023 has been adjourned to 6/27/2023 at 10:00 a.m.(ET)

Doc #2....Recognition

Dated: May 11, 2023                                        Vito Genna
                                                          Clerk of the Court