**Scoolidge, Peters, Russotti & Fox, LLP**

**Peter Fox**
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
pfox@sprfllp.com

May 30, 2025

**VIA ECF**

Hon. James L. Garrity Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New Yok, New York 10004

Re:   *Status Report, In re: Agro Santino, OOD, Debtor in a Foreign Proceeding.* Case No. 22-10756.

Dear Judge Garrity:

We represent Agro Santino OOD and write to provide a status report on the above-mentioned proceeding.

We were informed by the foreign representative that the Bulgarian proceeding remains ongoing, with the Stone X and the other creditors still litigating in the court of first instance the merits of the Stone X's claim against the estate.

Please let us know if we can be of any further assistance at this time.

Respectfully submitted,

cc:   All counsel of record (via ECF)